**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

DAVID LEE BRYANT,

        Plaintiff,

v.                                 CIVIL ACTION NO.  2:25-cv-00275

TOBY ALLEN, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On May 13, 2026, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations ("PF&R"), [ECF No. 17], and recommended that the court **DISMISS** this matter without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and **DENY as moot** Plaintiff's Application to Proceed Without Prepayment of Fees and Costs, [ECF No. 1]. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DISMISSES** this matter

**without prejudice** and **DENIES as moot** Plaintiff's Application to Proceed Without Prepayment of Fees and Costs, [ECF No. 1].

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER:  June 2, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE